THE NEW YORK STEAM COMPANY, Respondent, *v.* PATRICK RYAN et al., Composing the Firm of RYAN & PARKER, Appellants.

*New York Steam Co.* v. *Ryan*, 137 App. Div. 941, affirmed.
(Argued June 15, 1911; decided October 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 13, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for labor and materials alleged to have been furnished.

*William L. Bowman* for appellants.

*Frederick E. Fishel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.